UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINNON VOIICE STYLZ,

Plaintiff,

v.

Case No. 25-cv-14090
HON. MARK A. GOLDSMITH

CHECKR, INC.,

Defendant.
____________________________________/

**ORDER ADOPTING THE REPORT AND RECOMMENDATION (Dkt. 35) AND DENYING AS MOOT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (Dkt. 30)**

This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Kimberly G. Altman, issued on October 1, 2026 (Dkt. 35). The R&R recommends that the Court deny as moot Plaintiff Linnon Voiice Stylz's motion for default judgment. R. & R. at PageID.170; Mot. for Default (Dkt. 30). Because Stylz was granted leave to amend his complaint, the Court agrees with the magistrate judge that his motion is now moot.

Accordingly, Stylz's motion for default judgment is denied as moot (Dkt. 30).

**SO ORDERED.**

Dated: October 23, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 23, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager